UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 JUN -9 AM 10: 35

| JUDGE: | CLINTON E. AVERITTE | | |
|---|---|---|---|
| DEPUTY CLERK: | E. Brito | COURT REPORTER/TAPE NO: | Digital |
| LAW CLERK: | | USPO/PTSO L. Avent | DEPUTY CLERK |
| INTERPRETER: | Integrity Translation - A. Nunez | COURT TIME: 7 min. | |
| DIVISION HELD: | Amarillo | DATE: 6/9/17 | TIME: 9:30 a.m. |

CR. NO. __2:17-MJ-50__   DEFT __1__

UNITED STATES OF AMERICA   §   Anna M. Bell _____, AUSA

V.   _____ A

MIGUEL ANGEL BRAVO-FARIAS   §   _____ A

DEFENDANT(S) NAME(S) AND NUMBER(S)   §   COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

✓ INITIAL APPEARANCE ___IDENTITY ___BOND HEARING ___PRELIMINARY HEARING
___DETENTION HEARING ___COUNSEL DETERMINATION HEARING ___REMOVAL HEARING ___EXTRADITION HEARING
___HEARING CONTINUED ON _____ CASE NO. _____ ___OTHER DISTRICT ___DIVISION
✓ DATE OF FEDERAL ARREST/CUSTODY: 6-8-17 ___SURRENDER ___RULE 5/32 ___APPEARED ON WRIT
✓ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___PROBATION/SUPERVISED RELEASE VIOLATOR
___DEFT FIRST APPEARANCE WITH COUNSEL.
✓ DEFT ___MW (MATERIAL WITNESS) _____ APPEARED ___WITH ✓ WITHOUT COUNSEL
✓ REQUESTS APPOINTED COUNSEL.
✓ FINANCIAL AFFIDAVIT EXECUTED.
___ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
✓ PRIVATE COUNSEL to be APPOINTED _____
___DEFT HAS RETAINED COUNSEL _____
___ARRAIGNMENT SET _____   ✓ DETENTION HEARING SET 6-14-17 @ 9:30 am
✓ PRELIMINARY HEARING SET 6-14-17 @ 9:30 am   ___BOND HEARING SET _____
___COUNSEL DETERMINATION HEARING SET _____
___IDENTITY/REMOVAL HEARING SET _____
___BOND ___SET ___REDUCED TO $ ___ ___CASH ___SURETY ___10% ___PR ___UNS ___3RD PTY ___MW
___NO BOND SET AT THIS TIME, ___DAY DETENTION ORDER TO BE ENTERED.
___ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
___ORDER OF DETENTION PENDING TRIAL ENTERED.
___DEFT ADVISED OF CONDITIONS OF RELEASE.
___BOND EXECUTED ___DEFT ___MW RELEASED ___STATE AUTHORITIES ___INS
✓ DEFT ___MW ✓ REMANDED TO CUSTODY.
___DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
___WAIVER OF ___PRELIMINARY HEARING ___RULE 5/32 HEARING ___DETENTION HEARING
___COURT FINDS PROBABLE CAUSE ___ID ___PC.
___DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
___GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
REMARKS: _____