IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   2:17-MJ-50 |
| | § |
| MIGUEL ANGEL BRAVO-FARIAS (1) | § |
| HECTOR TERRAZAS (2) | § |
| ROGELIO XOCHITL AMPARAN (3) | § |

**ORDER RESCHEDULING PRELIMINARY EXAMINATION
AND DETENTION HEARING**

Preliminary Examination and Detention Hearings of the defendants in the above-referenced and numbered cause, is **rescheduled** to Wednesday, June 14, 2017 **at 1:30 p.m.**, in the Courtroom of the United States Magistrate Judge, United States Courthouse, First Floor, 205 Southeast Fifth Avenue, Amarillo, Texas.

IT IS SO ORDERED.

ENTERED this 9th day of June, 2017.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE