UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 JUN 14 PM 3: 20

DEPUTY CLERK

| JUDGE: | CLINTON E. AVERITTE | | |
|---|---|---|---|
| DEPUTY CLERK: | E. Brito | COURT REPORTER/TAPE NO: | Digital |
| LAW CLERK: | | USPO/PTSO: M. Martinez | |
| INTERPRETER: | Integrity Translation - R. Floyd | COURT TIME: | 48 min. |
| DIVISION HELD: | Amarillo | DATE: 6/14/17 | TIME: 1:30 p.m. |

CR. NO. __2:17-MJ-50__   DEFT __1__

UNITED STATES OF AMERICA           §   Anna M. Bell _____, AUSA

V.                                                        C. J. McElroy _____ A

MIGUEL ANGEL BRAVO-FARIAS     §   _____ A

DEFENDANT(S) NAME(S) AND NUMBER(S)     §   COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

___INITIAL APPEARANCE  ___IDENTITY  ___BOND HEARING  ✓ PRELIMINARY HEARING
✓ DETENTION HEARING  ___COUNSEL DETERMINATION HEARING  ___REMOVAL HEARING  ___EXTRADITION HEARING
___HEARING CONTINUED ON _____ CASE NO. _____ ___OTHER DISTRICT ___DIVISION
___DATE OF FEDERAL ARREST/CUSTODY:_____ ___SURRENDER_____ ___RULE 5/32 ___APPEARED ON WRIT
___DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ___PROBATION/SUPERVISED RELEASE VIOLATOR
✓ DEFT FIRST APPEARANCE WITH COUNSEL.
✓ DEFT ___MW (MATERIAL WITNESS)_____ APPEARED ✓ WITH ___WITHOUT COUNSEL
___REQUESTS APPOINTED COUNSEL.
___FINANCIAL AFFIDAVIT EXECUTED.
___ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
___PRIVATE COUNSEL APPOINTED _____
___DEFT HAS RETAINED COUNSEL_____
___ARRAIGNMENT SET _____ ___DETENTION HEARING SET _____
___PRELIMINARY HEARING SET _____ ___BOND HEARING SET _____
___COUNSEL DETERMINATION HEARING SET _____
___IDENTITY/REMOVAL HEARING SET _____
___BOND ___SET ___REDUCED TO $_____ ___CASH ___SURETY ___10% ___PR ___UNS ___3RD PTY ___MW
___NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
___ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
___ORDER OF DETENTION PENDING TRIAL ENTERED.
___DEFT ADVISED OF CONDITIONS OF RELEASE.
___BOND EXECUTED ___DEFT ___MW RELEASED ___STATE AUTHORITIES ___INS
✓ DEFT ___MW ✓ REMANDED TO CUSTODY.
___DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
___WAIVER OF ___PRELIMINARY HEARING ___RULE 5/32 HEARING ___DETENTION HEARING
✓ COURT FINDS PROBABLE CAUSE ___ID ✓ PC.
___DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
___GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
REMARKS:_____